ADKINS, J.,
concurring.
I agree with the Majority opinion, except with respect to its finding no error in the trial court’s failure to strike Nurse Harden’s response to the prosecutor’s question, indicating she could verify the victim’s accounting of the events that transpired.
I agree with Judge Harrell’s dissenting opinion when he concludes that refusing to strike this testimony was error by the trial court. I disagree, though, with Judge’s Harrell’s conclusion that this error was prejudicial. In my opinion, there was sufficient corroborating evidence to render this error harmless. Such evidence includes the police officer’s testimony about his arrival at the victim’s house, Nurse Harden’s non-objectionable testimony about the significant physical injury to the victim, and the photographs of the victim taken at the time of the crime. I agree with Judge McDonald’s analysis when he concludes that if there were error, it was harmless.
Accordingly, I join in the judgment of the Majority, and some of its rationale, but not its failure to strike Nurse Harden’s response as described above.